



**PRISONER CASE**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

08CV4261
JUDGE KENNELLY
MAG. JUDGE BROWN

| **Plaintiff(s):** EUGENE RHOINEY | **Defendant(s):** MCCANN, et al. |
|---|---|
| **County of Residence:** WILL | **County of Residence:** |
| **Plaintiff's Address:** Eugene Rhoiney<br>A-15243<br>Stateville - STV<br>P.O. Box 112<br>Joliet, IL 60434-0112 | **Defendant's Attorney:** Chief of Criminal Appeals<br>Attorney General's Office<br>100 West Randolph - 12th Floor<br>Chicago, IL 60601 |

FILED JUL 28 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas Corpus

**Cause of Action:** 28:2254

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** _(signature)_  **Date:** 7/28/08

Kennelly
Brown

01cv481