MHN

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 08-CV-4261

CHIEF OF CRIMINAL APPEALS
IL ATTORNEY GENERAL'S OFFICE
100 W RANDOLPH ST - 12TH FLR
CHICAGO IL 60601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

RECEIVED JUL 30 2008
Office of the Attorney General

Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 0100 0001 [illegible] 

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

08-CV-4261

• Sender: Please print your name, address, and ZIP+4 in this box •

RECEIVED AUG 20 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
219 S. DEARBORN STREET
CHICAGO, ILLINOIS 60604

08cv4261

FILED
AUG 20 2008
8-20-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT